~~SECRET~~ unsealed 8/16/10

FILED
2010 AUG 13 PM 2:29

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR3256 W |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Sec. 2423(a) - Transportation of a Minor to Engage in Criminal Sexual Activity |
| DAVID C. JACQUOT, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about and between May 10, 2006 and May 14, 2006, within the Southern District of California and elsewhere, defendant DAVID C. JACQUOT, did knowingly and willfully transport M.J., who had not attained the age of 18 years, in interstate commerce, to wit: from Washington to California, with the intent that M.J. engage in sexual activity for which a person could be charged with a criminal offense, including, but not limited to, California Penal Code, Section 288(c) [Lewd and Lascivious Act with a Child of 14 or 15 Years]; in violation of Title 18, United States Code, Section 2423(a).

//
//
//

JSS:nmc2:San Diego
8/12/10

1 <u>Count 2</u>

2 On or about and between May 21, 2006 and May 25, 2006, within the
3 Southern District of California and elsewhere, defendant DAVID C.
4 JACQUOT, did knowingly and willfully transport M.J., who had not
5 attained the age of 18 years, in interstate commerce, to wit: from
6 Washington to California, with the intent that M.J. engage in sexual
7 activity for which a person could be charged with a criminal offense,
8 including, but not limited to, California Penal Code, Section 288(c)
9 [Lewd and Lascivious Act with a Child of 14 or 15 Years]; in violation
10 of Title 18, United States Code, Section 2423(a).
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

<u>Count 3</u>

On or about and between June 26 and June 29, 2006, within the Southern District of California and elsewhere, defendant DAVID C. JACQUOT, did knowingly and willfully transport M.J., who had not attained the age of 18 years, in interstate commerce, to wit: from Washington to California, with the intent that M.J. engage in sexual activity for which a person could be charged with a criminal offense, including, but not limited to, California Penal Code, Section 261.5(c) [Unlawful Sexual Intercourse with a Minor]; in violation of Title 18, United States Code, Section 2423(a).

DATED: August 13, 2010.

A TRUE BILL:

_____
Foreperson

KEVIN J. KELLY
Attorney for the United States[1]

By: _____
FAITH DEVINE
Assistant U.S. Attorney

_____
JONATHAN I. SHAPIRO
Assistant U.S. Attorney

---

[1] Pursuant to 28 U.S.C. § 515, First Assistant United States Attorney Kevin J. Kelly has been directed and authorized to have the status, and perform all of the authorized functions, of a United States Attorney with respect to this matter.